# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DANIEL COOPER,

    Plaintiff,

v.                      CASE NO. 5:10cv158-RH/GRJ

CAPTAIN SHAW et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE ENTRY OF A JUDGMENT DISMISSING THE CASE

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The plaintiff's motion for leave to proceed in forma pauperis, ECF No. 9, is GRANTED. On the issue of dismissal, the report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed with prejudice." The clerk must close the file.

    SO ORDERED on January 6, 2011.

                                             s/Robert L. Hinkle
                                             United States District Judge